# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
DZSP 21 LLC ) ASBCA No. 61230
)
Under Contract Nos. N62742-05-C-3501 )
                 N40192-13-C-3001 )

APPEARANCE FOR THE APPELLANT:         Kevin J. Slattum, Esq.
                                         Pillsbury Winthrop Shaw Pittman LLP
                                         Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
                                           Navy Chief Trial Attorney
                                           Brian S. Smith, Esq.
                                           Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 20, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61230, Appeal of DZSP 21 LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals